# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: ALERA GROUP, INC. v. BROOKS HOUGHTON and JORDAN HOUGHTON    Case Number:    1:23-cv-01109

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff, Alera Group, Inc.

Attorney name (type or print): Brian E. Spang

Firm: K&L Gates LLP

Street address: 70 West Madison Street, Suie 3100

City/State/Zip: Chicago, Illinois  60602

Bar ID Number: 6243937
(See item 3  in instructions)                    Telephone Number:  (312) 807-4238

Email Address:  brian.spang@klgates.com

| | | | |
|---|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 22, 2023

Attorney signature:    S/ Brian E. Spang
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015