# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALERA GROUP, INC. <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BROOKS HOUGHTON and <br> JORDAN HOUGHTON, individuals, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:23-cv-01109 |

**PLAINTIFF ALERA GROUP, INC.'S NOTIFICATION OF AFFILIATES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and N.D. Ill. Local Rule 3.2, Plaintiff Alera Group, Inc. states as follows:

1. Alera Group. Inc. is a privately held corporation.

2. Alera Group, Inc. is 100% wholly owned by Alera Group Intermediate Holdings, Inc., which is wholly owned by Alera Group Holdings, Inc.

3. Plaintiff Alera Group, Inc. is a citizen of the State of Illinois because its corporate headquarters are located in Deerfield, Illinois. Plaintiff Alera Group, Inc. is also a citizen of the State of Delaware because it is incorporated in Delaware.

.1

**K&L GATES LLP**
Attorneys for Plaintiff
ALERA GROUP, INC.

Date:  February 22, 2023        By: */s/    /s/ Brian E. Spang*
                                One of its Attorneys


　　　　　　　　　　　　　　　　Brian E. Spang
　　　　　　　　　　　　　　　　Erinn L. Rigney
　　　　　　　　　　　　　　　　K&L Gates LLP
　　　　　　　　　　　　　　　　70 West Madison
　　　　　　　　　　　　　　　　Suite 3100
　　　　　　　　　　　　　　　　Chicago, IL 60602-1121
　　　　　　　　　　　　　　　　Phone: 312-781-6028
　　　　　　　　　　　　　　　　Fax: 312-827-805
　　　　　　　　　　　　　　　　brian.spang@klgates.com
　　　　　　　　　　　　　　　　erinn.rigney@klgates.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*