# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: ALERA GROUP, INC. v. BROOKS HOUGHTON and JORDAN HOUGHTON

Case Number: 1:23-cv-01109

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff, Alera Group, Inc.

Attorney name (type or print): Erinn L. Rigney

Firm: K&L Gates LLP

Street address: 70 West Madison Street, Suite 3100

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6313825
(See item 3 in instructions)

Telephone Number: (312) 807-4407

Email Address: Erinn. Rigney@klgates.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 22, 2023

Attorney signature: S/ Erinn L. Rigney
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015